March 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ADRIENNE GALLIEN, Appellant

NO. 14-11-00938-CV                    V.

GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT,
Appellee

_____

      This cause, an appeal from the judgment signed July 11, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Adrienne Gallien, to pay all costs in this appeal. We further order the decision certified below for observance.